No. 67599.—Brauner & Co. v. United States, protests 61/21796, etc. (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of articles having as an essential feature an electrical element or device, for interoffice communication use only, and not telephones, the claim of the plaintiff was sustained.

No. 67600.—Wedemann & Godknecht, Inc., a/c J. Eisenberg, Inc. v. United States, protest 62/12539 (New York).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of synthetic textile noils, the claim of the plaintiff was sustained.

No. 67601.—The American Import Company v. United States, protests 59/34556 and 62/12852 (Philadelphia).

Opinion by FORD, J. In accordance with stipulation of counsel that the merchandise consists of noncellulosic vinyl trees, etc., similar in all material respects to the noncellulosic artificial stems the subject of Abstract 65699 and following the principles set forth in *United States* v. *Steinberg Bros.* (47 CCPA 47, C.A.D. 727), the claim of the plaintiff was sustained.